■ RILUC COMPANY, INC., Respondent, v RELIANCE INSURANCE COMPANY OF NEW YORK et al., Appellants. (Appeal No. 1.)—Judgment unanimously reversed on the law without costs. Same Memorandum as in *Riluc Co. v Reliance Ins. Co.* ([appeal No. 2] 181 AD2d 1048 [decided herewith]). (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.— Breach of Performance Bond.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.